## The People of the State of Illinois, Defendant in Error, v. Peter Clayton, Plaintiff in Error.

### Gen. No. 6,156.    (Not to be reported in full.)

Error to the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed December 8, 1915.

### Statement of the Case.

Prosecution by the People of the State of Illinois against Peter Clayton, defendant, in the County Court of Lake county, charging defendant with keeping open a tippling house on Sunday.

This case presents similar facts to those in *People v. Sehrer,* Gen. No. 6,155, *ante,* p. 442, and the same error is assigned in this case as in that. The decision in this case is governed by the opinion filed in that case.

A. L. TOMPKINS and GEORGE W. FIELD, for plaintiff in error.

R. J. DADY and E. M. RUNYARD, for defendant in error.

MR. PRESIDING JUSTICE DIBELL delivered the opini of the court.

---

## Gustave J. Carus, Trustee, et al., Appellees, v. F. W. Matthiessen, Jr., et al., Appellants.

### Gen. No. 6,139.

1.  CORPORATIONS, § 153*—*when assignment of certificate of stock by trustee valid.* Where stock stands on the books of a corporation in the individual name of one who actually holds it as trustee, a

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, some topic and section number.